1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10   ANNIE SCHLECHT,

                        CASE NO. 13-cv-05352 BHS

11                   Plaintiff,

                        REPORT AND RECOMMENDATION

12         v.

                        ON STIPULATED MOTION FOR

13   CAROLYN W. COLVIN, Acting             REMAND
Commissioner of the Social Security

14   Administration,

15                  Defendant.

16

17          This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28

18   U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews,*

*Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976).  This matter is before the Court on

19   defendant's stipulated motion to remand the matter to the administration for further consideration

20   (ECF No. 18).

21          After reviewing defendant's stipulated motion and the relevant record, the undersigned

22   recommends that the Court grant defendant's motion, and reverse and remand this matter to the

23   Commissioner pursuant to sentence four of  42 U.S.C. § 405(g).

24

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 1

Based on the parties' stipulation, this Court recommends that this case be reversed and remanded for a *de novo* hearing and further administrative proceedings, including but not limited to the following:

The administrative law judge will evaluate further the medical source opinions, including but not limited to Owen Nelsen, Ph.D., and provide adequate rationale for either accepting or rejecting these opinions; evaluate further the opinion of Richard S. Keyser, ARNP, in accordance with 20 CFR § 416.913(d) and Social Security Ruling (SSR) 06-3p; evaluate further the nature and severity of plaintiff's mental impairment of bipolar disorder using the special technique described in 20 CFR § 416.820a; evaluate further plaintiff's residual functional capacity (20 CFR § 416.945(c) and SSRs 85-16 and 96-8p); evaluate further plaintiff's work history and determine if she has any past relevant work (20 CFR §§ 416.974, 416.965); and if warranted, proceed to step five of the sequential evaluation process, and if warranted, obtain vocational expert testimony to clarify the effects of the assessed limitations on plaintiff's occupational base (SSR 83-14 and 85-15 and SSR 00-4p).

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g), and that plaintiff will be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), following a proper request to this Court.

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order the case be **REVERSED** and **REMANDED** pursuant to sentence four of  42 U.S.C. § 405(g).

Dated this 17th day of September, 2013.

J. Richard Creatura
United States Magistrate Judge